UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF AARON BAILEY, by Personal Representative Stacey Bailey, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:17-cv-3352-RLY-TAB ) |
| CITY OF INDIANAPOLIS, et al. | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties, by counsel, hereby stipulate to the dismissal of all claims in this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,


 Craig R. Karpe (with permission)
Craig R. Karpe, #18726-02
KARPE LITIGATION GROUP
19 West 19th Street
Indianapolis, Indiana 46202
Phone: (317) 251-1840
Fax: (317) 536-0493
E-mail: crkarpe@injurylaw.tv

 /s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-mail: andrew.upchurch@indy.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on August 1, 2018. The Court's electronic filing system shall provide service on:

Craig R. Karpe
Karpe Litigation Group
19 West 19th Street
Indianapolis, IN 46202

John F. Kautzman
Edward J. Merchant
Andrew R. Duncan
Ruckelshaus Kautzman Blackwell
Bemis & Hasbrook
135 N. Pennsylvania Street, Suite 1600
Indianapolis, IN 46204
jfk@rucklaw.com
ejm@rucklaw.com
ard@rucklaw.com

        /s/ Andrew J. Upchurch
        Andrew J. Upchurch (30174-49)
        Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
andrew.upchurch@indy.gov