UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF AARON BAILEY, by Personal Representative Stacey Bailey, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:17-cv-3352-RLY-TAB |
| CITY OF INDIANAPOLIS, et al. ) ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This matter came before the Court on the parties' Stipulation of Dismissal. The Court, being duly advised, hereby GRANTS that stipulation.

WHEREFORE, IT IS ORDERED that all claims in this case are hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Date:  __8/02/2018__

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution: All counsel of record via CM/ECF